# EXHIBIT 2

## DECLARATION OF ASENATH JONES

STATE OF MICHIGAN )
) ss.
COUNTY OF WAYNE )

I, ASENATH JONES, subject to the penalty of perjury declares as follows:

1. I have personal knowledge of the matters contained in this declaration.

2. If called as a witness, I would be competent to testify to the factual matters contained in this declaration.

3. I was the Principal of Eastpointe High School.

4. While I was Principal of Eastpointe High School, I was approached by Superintendent Christina Gibson explained to me that the only way we can get him out as coach is to "evaluate him out of the position."

5. I refused to provide Michael Railey with a poor evaluation as requested by Christina Gibson as Michael Railey was an effective teacher and coach based on my observations and experience with Michael Railey's teaching and basketball coaching.

6. Christina Gibson also directed me to interview potential coaches while Michael Railey was the head basketball coach and Gibson advised me that a prospective coach was a church member of a member of the board of education.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:

October __8__, 2024        By: _____
                                Asenath Jones
                                Declarant

This declaration has been executed pursuant to 28 U.S.C. §1746.